## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Javier Atondo                          )
                                       )     CV 05-2828-PHX-NVW-ECV
              Plaintiff                )
                                       )
vs.                                    )     **JUDGMENT**
                                       )
Joseph Arpaio                          )
                                       )
                                       )
                                       )
              Defendant(s)             )
_____  )

_____     **Jury Verdict.**  This action came before the Court for
            trial by jury.  The issues have been tried and the
            jury has rendered its verdict.

 X          **Decision  by  Court.**    This action came for
            consideration before the Court.  The issues have
            been considered and a decision has been rendered.

   IT IS THEREFORE ORDERED THAT the complaint and this action
are dismissed without prejudice.


                              October 28,2005

                              RICHARD H. WEARE
                              Clerk/DCE

                               S/ Tammy Johnson
_____
                              (By) Deputy Clerk